# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE UTLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACEVEDO, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01086-AWI-SAB<br><br>ORDER GRANTING MOTION AND DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>ECF No. 7 |

　　　　Plaintiff has requested that the U.S. Marshal effectuate service of the complaint in this action due to Plaintiff's in forma pauperis status. The Court will grant Plaintiff's motion.

　　　　Accordingly, pursuant to Federal Rule of Civil Procedure 4(c), it is HEREBY ORDERED that:

　　　　1.　　Plaintiff's motion to have the U.S. Marshal effectuate service is GRANTED;

　　　　2.　　For each defendant to be served, Plaintiff is directed to forward the following documents to the United States Marshals Service (USM):

　　　　　　(1)　One completed and issued summons;

　　　　　　(2)　One completed USM-285 form, which can be found at www.usmarshals.gov/procss/usm-285.pdf;

　　　　　　(3)　One copy of the complaint filed on , plus an extra copy for the USM; and

　　　　　　(4)　One copy of this order, plus an extra copy for the USM.

1

3. Within ten days after receipt of the above-mentioned materials, the USM is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

   **ACEVEDO**

   **WEYMEN**

4. The USM shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the USM shall:

   a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), and command all necessary assistance from the institution to execute this order. The USM shall maintain the confidentiality of all information provided by the institution pursuant to this order.

   b. Within ten days after personal service is effected, the USM shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the USM for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. If defendants waive service, they are required to return the signed waivers to the USM. The filing of an answer or a responsive motion does not relieve defendants of this requirement, and the failure to return the signed waivers may subject

defendants to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).

IT IS SO ORDERED.

Dated:     **September 4, 2015**

UNITED STATES MAGISTRATE JUDGE