UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE UTLEY,<br><br>              Plaintiff,<br>     vs.<br><br>C.O. ACEVEDO, correctional officer; C.O. WEYMEN; C.O. DOE, correctional officer; and DOES 1 through 50, inclusive, Defendants.,<br><br>              Defendants. | CASE NO.: 1:15-cv-01086-LJO-SAB<br><br>ORDER ON PLAINTIFF'S REQUEST TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE |

Plaintiff has submitted his report regarding the status of affecting service of the complaint and summons in this case. Plaintiff reports that, pursuant to the Court's order granting Plaintiff's request that the U.S. Marshal's Office affect service (ECF 8, dated 9/4/15), the instructions, the complaint and summons, and the Court's order were mailed to the Marshal on September 4, 2015. No proof of service has yet been returned. The Mandatory Scheduling Conference is set for November 2, seven days from Plaintiff's request. In the circumstances, the scheduling conference cannot proceed on November 2. The Court finds that good cause exists to reset the date of the hearing.

///

IT IS ORDERED that the hearing set for November 2, 2015, be continued. The Court resets the Mandatory Scheduling Conference to January 5, 2016 at 9:45 a.m. before Magistrate Judge Stanley A. Boone.  Plaintiff is ordered to serve this Order on Defendants at the first opportunity after service of the complaint and summons is affected.

IT IS SO ORDERED.

Dated:   **October 26, 2015**

UNITED STATES MAGISTRATE JUDGE