LAW OFFICE OF KEN I. KARAN
Ken I. Karan, Esq., California State Bar No. 204843
2907 Shelter Island Drive, Ste. 105-215
San Diego, CA 92106
(760) 420-5488
Fax (866) 841-5420
kkaran.law@gmail.com

*Attorney for Plaintiff Vance Utley*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE UTLEY,<br><br>           Plaintiff,<br>   vs.<br><br>C.O. ACEVEDO, correctional officer; C.O. WEYMEN; C.O. DOE, correctional officer; and DOES 1 through 50, inclusive,<br><br>           Defendants. | CASE NO.: 1:15-cv-01086-DAD-SAB<br><br>STIPULATION OF THE PARTIES TO MODIFY DISCOVERY SCHEDULE |

   The parties herein, by and through counsel, stipulate to modify the discovery schedule as follows:

   1. Due to Plaintiff's confinement and difficulties communicating through the prison mail system regarding responses to Defendants' discovery, Plaintiff has had to ask Defendants for two extensions to the deadline for verified responses. As of this date, counsel for Plaintiff is still waiting for verifications from Plaintiff.
   2. Plaintiff is attempting to serve a subpoena on the subject institution through the USMS and cannot predict when that will be accomplished.
   3. The parties intend to take depositions.

4. Written discovery and the results of the subpoena necessarily inform the inquiry at a deposition.
5. Delays are leaving little time to take the depositions.
6. Therefore, the parties agree extend non-expert discovery from April 22, 2016, to May 27, 2016.

So stipulated.

Dated:  March 14, 2016  　　　　　　　　　　 /s/Ken Karan  
　　　　　　　　　　　　　　　　　　　　　　 Ken I. Karan, Esq.  
　　　　　　　　　　　　　　　　　　　　　　 *Attorney for Plaintiff Vance Utley*

Dated: March 14, 2016 　　　　　　　　　　　 /s/David Carrasco  
　　　　　　　　　　　　　　　　　　　　　　 David A. Carrasco, Esq.  
　　　　　　　　　　　　　　　　　　　　　　 *Attorney for Defendants Acevedo and Wimer*

ORDER

The Court having reviewed the Stipulation Of The Parties To Modify Discovery Schedule, and good cause having been found, the scheduling order is modified to change the deadline for non-expert discovery from April 22, 2016, to May 27, 2016.

IT IS SO ORDERED.

Dated:   **March 15, 2016**  　　　　　　　　　　　　　　　　　　　　　　　  
　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE