UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE UTLEY, | CASE No.: 1:15-cv-01086-DAD-SAB |
| Plaintiff, | |
| vs. | ORDER RE STIPULATION OF THE PARTIES TO MODIFY DISCOVERY SCHEDULE |
| C.O. ACEVEDO, et al., | |
| Defendants. | |

The parties herein, by and through counsel, stipulate as follows:

1. Plaintiff seeks to modify the discovery schedule, including the deadline for non-dispositive motions.
2. The original scheduling order is filed as ECF 17.
3. The parties previously stipulated to a modified deadline for non-expert discovery moving the deadline from April 22, 2016, to May 27, 2016. (ECF 18.)
4. The Court entered the stipulation as its order. (ECF 19.)
5. The current schedule and deadlines are as follows:

Non-Expert Discovery: May 27, 2016

Expert Disclosure: May 27, 2016

Supplemental Expert Disclosure: June 10, 2016

Expert Discovery: June 30, 2016

Non-dispositive motions (filing): April 22, 2016

Dispositive Motion Deadline (filing): July 22, 2016

Settlement Conference: August 25, 2016

Pre-Trial Conference: September 19, 2016

Trial: November 15, 2016

6. The proposed schedule and deadlines are as follows with modifications in bold:

Non-Expert Discovery: **June 30, 2016**

Expert Disclosure: **June 30, 2016**

Supplemental Expert Disclosure: **July 14, 2016**

Expert Discovery: **August 17, 2016**

Non-dispositive motions (filing): **June 30, 2016**

Dispositive Motion Deadline (filing): July 22, 2016

Settlement Conference: August 25, 2016

Pre-Trial Conference: September 19, 2016

Trial: November 15, 2016

7. A motion to amend the complaint to name a Doe defendant is pending.

So stipulated.

Dated:  April 18, 2016                         /s/Ken I. Karan
                     Ken I. Karan, Esq.
                     *Attorney for Plaintiff Vance Utley*

Dated:  April 18, 2016                         /s/David A. Carrasco
                     David A. Carrasco, Esq.
                     *Attorney for Defendants Acevedo and Wimer*

ORDER

The Court having reviewed the Stipulation Of The Parties To Modify Discovery Schedule, and good cause having been found, the scheduling order is modified as follows:

| | |
|---|---|
| Non-Expert Discovery: | from May 27, 2016, to June 30, 2016 |
| Expert Disclosure: | from May 27, 2016, to June 30, 2016 |
| Supplemental Expert Disclosure: | from June 10, 2016, to July 14, 2016 |
| Expert Discovery: | from June 30, 2016, to August 17, 2016 |
| Non-dispositive motions (filing): | from April 22, 2016, to June 30, 2016 |

IT IS SO ORDERED.

Dated: __**April 18, 2016**__

UNITED STATES MAGISTRATE JUDGE