LAW OFFICE OF KEN I. KARAN
Ken I. Karan, Esq., California State Bar No. 204843
2907 Shelter Island Drive, Ste. 105-215
San Diego, CA 92106
(760) 420-5488
Fax (866) 841-5420
kkaran.law@gmail.com

*Attorney for Plaintiff Vance Utley*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE UTLEY,<br><br>           Plaintiff,<br><br>    vs.<br><br>C.O. ACEVEDO, correctional officer; C.O. WEYMEN; C.O. DOE, correctional officer; and DOES 1 through 50, inclusive,<br><br>           Defendants. | CASE NO.: 1:15-cv-01086-DAD-SAB<br><br>STIPULATION OF THE PARTIES TO CORRECT CAPTION |

The parties herein, by and through counsel, stipulate to correct the spelling of Defendant Wimer's name in the record as follows:

1. The correct spelling of the name of the Defendant identified as "Weymen" is "Wimer."
2. The Court recently granted Plaintiff's motion to file his First Amended Complaint. (ECF 29.)
3. Before filing the First Amended Complaint, Plaintiff intends to correct the record by filing the First Amended Complaint with the correct spelling of Defendant Wimer's name.
4. The parties agree that the record should reflect the correct spelling the parties' names going forward.

5. The parties request the Court's authorization to correct the record.

So stipulated.

Dated: May 18, 2016                     /s/Ken Karan
                                        Ken I. Karan, Esq.
                                        *Attorney for Plaintiff Vance Utley*

Dated: May 18, 2016                     /s/David Carrasco
                                        David A. Carrasco, Esq.
                                        *Attorney for Defendants Acevedo and Wimer*

ORDER

The Court having reviewed the Stipulation of the Parties to Correct the Caption, and good cause having been found, the First Amended Complaint shall be filed as previously ordered with the change in the spelling of Defendant's name from "Weymen" to "Wimer" where ever it occurs in the First Amended Complaint and in all court documents going forward.

IT IS SO ORDERED.

Dated:   **May 18, 2016**

                                        UNITED STATES MAGISTRATE JUDGE