LAW OFFICE OF KEN I. KARAN
Ken I. Karan, Esq., California State Bar No. 204843
2907 Shelter Island Drive, Ste. 105-215
San Diego, CA 92106
(760) 420-5488
Fax (866) 841-5420
kkaran.law@gmail.com

*Attorney for Plaintiff Vance Utley*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE UTLEY,<br><br>          Plaintiff,<br>     vs.<br><br>C.O. ACEVEDO, et al.,<br><br>          Defendants. | CASE NO.: 1:15-cv-01086-DAD-SAB<br><br>STIPULATION OF THE PARTIES TO MODIFY DISCOVERY SCHEDULE |

The parties herein, by and through counsel, stipulate as follows:

1. Plaintiff intends to take the depositions of witnesses Garza and Kennison.
2. The witnesses are not available prior to the discovery cut-off date of June 30, 2016.
3. The witnesses are available prior to July 14, 2016.

///

1

4. Based on the foregoing, the parties agree to extend the discovery period until July 14, 2016, for the sole purpose of deposing witnesses Garza and Kennison.

So stipulated.

Dated:  June 22, 2016                    /s/Ken I. Karan
                                         Ken I. Karan, Esq.
                                         *Attorney for Plaintiff Vance Utley*

Dated:  June 22, 2016                    /s/David A. Carrasco
                                         David A. Carrasco, Esq.
                                         *Attorney for Defendants Acevedo and Wimer*

## ORDER

The Court having reviewed the Stipulation Of The Parties To Modify Discovery Schedule, and good cause having been found, the scheduling order is modified as follows:

Deadline for Non-Expert Discovery, for the purpose of allowing Plaintiff to take the depositions of witnesses Garza and Kennison, is moved from June 30, 2016, to July 14, 2016.

IT IS SO ORDERED.

Dated:  **June 23, 2016**                _____
                                         UNITED STATES MAGISTRATE JUDGE