LAW OFFICE OF KEN I. KARAN
Ken I. Karan, Esq., California State Bar No. 204843
2907 Shelter Island Drive, Ste. 105-215
San Diego, CA 92106
(760) 420-5488
Fax (866) 841-5420
kkaran.law@gmail.com

*Attorney for Plaintiff Vance Utley*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE UTLEY,<br><br>          Plaintiff,<br>    vs.<br><br>C.O. ACEVEDO, et al.,<br><br>          Defendants. | CASE NO.: 1:15-cv-01086-DAD-SAB<br><br>STIPULATION OF THE PARTIES TO MODIFY NON-DISPOSITIVE MOTION SCHEDULE |

The parties herein, by and through counsel, stipulate as follows:

1. Plaintiff served a subpoena on the California Department of Corrections and Rehabilitation (CDCR) on May 27, 2016.

2. Complete responses will not be available until after the discovery and non-dispositive motion cut-off date of June 30, 2016.

///

3. Based on the foregoing, the parties agree to extend the non-dispositive motion cut-off date, limited to enforcement of the subject subpoena, to July 14, 2016.

So stipulated.

Dated:  June 29, 2016                                    /s/Ken I. Karan
                                                                         Ken I. Karan, Esq.
                                                                         *Attorney for Plaintiff Vance Utley*

Dated:  June 29, 2016                                    /s/David A. Carrasco
                                                                         David A. Carrasco, Esq.
                                                                         *Attorney for Defendants Acevedo and Wimer*

## ORDER

The Court having reviewed the Stipulation of the Parties to Modify Discovery Schedule, and good cause having been found, the scheduling order is modified as follows:

The deadline for filing non-dispositive motions for the purpose of allowing Plaintiff to enforce a subpoena served on CDCR is moved from June 30, 2016, to July 14, 2016.

IT IS SO ORDERED.

Dated:  **June 29, 2016**

UNITED STATES MAGISTRATE JUDGE