UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE UTLEY,<br><br>            Plaintiff,<br>   vs.<br><br>C.O. ACEVEDO, et al.,<br><br>            Defendants. | CASE NO.: 1:15-cv-01086-LJO-SAB<br><br>ORDER DIRECTING PLAINTIFF TO REFILE REQUEST AND SERVE NOTICE OF MOTION<br><br>(ECF No. 73) |

  On December 14, 2016, Plaintiff filed a document as a first amended status report. The document is actually a request for a continuance of the trial in this action. Plaintiff is directed to refile his document selecting the correct event in the ECF system.

  Plaintiff is directed to Local Rule 230 for the notice requirements regarding a contested motion. Pursuant to Rule 230(b),

> Except as otherwise provided in these Rules or as ordered or allowed by the Court, all motions shall be noticed on the motion calendar of the assigned Judge or Magistrate Judge. The moving party shall file a notice of motion, motion, accompanying briefs, affidavits, if appropriate, and copies of all documentary evidence that the moving party intends to submit in support of the motion. The matter shall be set for hearing on the motion calendar of the Judge or Magistrate Judge to whom the action has been assigned or before whom the motion is to be heard not less than twenty-eight (28) days after service and filing of the motion.

  The Rule provides that if the motion is not properly noticed, "the moving party shall file and serve a new notice of motion setting forth a proper time and date." L.R. 230(b).

Accordingly, Plaintiff is HEREBY ORDERED to refile his request for a modification of the scheduling order and serve a notice of motion setting forth a proper date and time for a hearing on the request.

IT IS SO ORDERED.

Dated:   **December 15, 2016**

UNITED STATES MAGISTRATE JUDGE