# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VANCE UTLEY, | Case No. 1:15-cv-01086-DAD-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | DEADLINE: FEBRUARY 6, 2017 |
| C.O. ACEVEDO, et al., | |
| Defendants. | |

On January 23, 2017, Defendants filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before February 6, 2017.

IT IS SO ORDERED.

Dated: __**January 23, 2017**__

UNITED STATES MAGISTRATE JUDGE

1