# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE UTLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C.O. ACEVEDO, et al.,<br><br>　　　　　Defendants. | Case No.  1:15-cv-01086-DAD-SAB<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF, VANCE UTLEY, CDCR # F-97354, ON FEBRUARY 14, 2017<br><br>(ECF No. 84) |

　　　　Plaintiff Vance Utley, represented by counsel, filed this action on July 14, 2015.  In light of the parties' settlement, the trial previously set for February 14, 2017, has been vacated. Accordingly, the writ of habeas corpus ad testificandum to transport Plaintiff on February 14, 2017, issued January 17, 2017, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **January 24, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1